932

No. 79–5184. LAUREL v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Treating the motion for leave to file and the petition for writ of mandamus as a petition for writ of certiorari, certiorari granted. Order vacated and case remanded for further consideration in light of *Bifulco* v. *United States, ante,* p. 381.

No. 79–5530. MEYER v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bifulco* v. *United States, ante,* p. 381. 

No. 79–5485. SELLERS ET AL. v. UNITED STATES. C. A. 8th Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bifulco* v. *United States, ante,* p. 381. 

No. 79–5555. CATES v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bifulco* v. *United States, ante,* p. 381. 

No. 79–5584. SEPULVEDA v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bifulco* v. *United States, ante,* p. 381. 